Case 4:26-cr-00695 Document 5 (Court only) Filed 10/27/26 in TXSD Page 1 of 2

AO 83 (Rev. 06/09) Summons in a Criminal Case

RECEIVED
UNITED STATES MARSHAL
2026 OCT 27 PM 3:57
SOUTHERN DIST. S/TX

United States Courts
Southern District of Texas
FILED
OCT 28 2026
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
§
*versus* § Criminal No. 4:26-cr-00695-1
§
Mohammed Omar Hassan §

C/o Amr Adnan Ahmed Office of the Federal Public Defender 440 Louisiana Suite 1350 Houston, TX 77002

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation ☐ Pretrial Release Violation ☐ Supervised Release Violation ☐ Violation Notice ☐ Order of the Court

Place:
United States District Court
515 Rusk Street
Houston, TX 77002

Location: Courtroom 702
Date and Time: 11/17/2026 at 02:00 PM

This offense is briefly described as follows:
**Ct. 1–2: Illegal Voting by Alien [18 U.S.C. § 611(a)]**

Contact the Pretrial Services Agency at (713) 250-5218 immediately after receipt of this summons.

Date: October 27, 2026

*Issuing officer's signature*

G. Kelner, Deputy Clerk

I declare under penalty of perjury that I have:

☐ XXX Executed and returned this summons. ☐ Returned this summons unexecuted.

Date: 10/28/26

Israel Barajas

*Server's signature*

I.Barajas Deputy U.S. Marshal

*Printed name and title*